

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00483-CR

Ricardo **GONZALES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-13554
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the trial court's judgments of conviction for committing the violation of the civil rights of a person in custody, official oppression, and assault causing bodily injury are REVERSED, and the cause is REMANDED to the trial court for a new trial on all three alleged offenses: violating the civil rights of a person in custody, official oppression, and assault causing bodily injury.

SIGNED August 27, 2025.

_Irene Rios_
Irene Rios, Justice